Guerrero et al.Info

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
SEP - 9 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

05-00045

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. _____ |
| ) | |
| Plaintiff, ) | **INFORMATION** |
| ) | |
| vs. ) | **POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE** |
| ) | [21 U.S.C. § 844(a), and 18 U.S.C. § 2] |
| JUSTIN KEITH GUERRERO, and ) | (Misdemeanor) |
| RENEA DORLEEN CRUZ-TAITANO, ) | |
| ) | |
| Defendants. ) | |

THE UNITED STATES ATTORNEY CHARGES:

On or about September 8, 2005, in the District of Guam, the defendants herein, JUSTIN KEITH GUERRERO and RENEA DORLEEN CRUZ-TAITANO, knowingly and intentionally possessed approximately one (1) gram of methamphetamine hydrochloride, a Schedule II controlled substance in violation of Title 21, United States Code, Section 844(a)(1) and Title 18, United States Code, Section 2.

DATED this 9th day of September, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

**Place of Offense:**

City _____Hagåtña_____                Related Case Information:                      **05-00045**
Country/Parish ____N/A____            Superseding Indictment _____ Docket Number _____
                                      Same Defendant _____        New Defendant ___X___
                                      Search Warrant Case Number _____
                                      R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __X__ No

Defendant Name          __Justin Keith Guerrero__

Allisas Name            _____

Address                 _____

                        __Agana Heights, Guam__

Birth date _XX/XX/1982_ SS# _XXX-XX-5136_ Sex _M_ Race _PI_ Nationality _U.S._

**U.S. Attorney Information:**

AUSA _Marivic P. David_

Interpreter:  __X__ No ____ Yes          List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**RECEIVED**
SEP - 9 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**U.S.C. Citations**

Total # of Counts: ___1___        ____ Petty __X__ Misdemeanor ____ Felony

|  | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 844(a), and 18 U.S.C. § 2 | POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE | 1 |

Date: __9/9/05__          Signature of SAUSA: _____

**Place of Offense:**

City _____Hagåtña_____  

Country/Parish _____N/A_____

**Related Case Information:**

Superseding Indictment _____ Docket Number **05-00045**
Same Defendant _____   New Defendant ____X____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes __X__ No

Defendant Name _____Renea Dorleen Cruz-Taitano_____

Allisas Name _____

Address _____

_____Agana Heights, Guam_____

Birth date __XX/XX/1983__ SS# __XXX-XX-4662__ Sex _F_ Race _PI_ Nationality _U.S._

**U.S. Attorney Information:**

AUSA __Marivic P. David__

Interpreter: __X__ No _____ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

RECEIVED
SEP - 9 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**U.S.C. Citations**

Total # of Counts: __1__    _____ Petty __X__ Misdemeanor _____ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 21 U.S.C. § 844(a), and 18 U.S.C. § 2 | POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE | 1 |

Date: __9/9/05__    Signature of SAUSA: _____