Guerrero.Summons.Ord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

SEP -9 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00045 |
| Plaintiff, ) | **ORDER re:** |
| ) | September 9, 2005 Application |
| vs. ) | for a Summons |
| ) | |
| JUSTIN KEITH GUERRERO, and ) | |
| RENEA DORLEEN CRUZ-TAITANO, ) | |
| ) | |
| Defendants. ) | |

**IT IS HEREBY ORDERED** that the Clerk of Court issue a summons for the above-named defendants to appear before this Honorable Court.

DATED this 9th day of September, 2005.

/s/ E. Barrett-Anderson
ELIZABETH BARRETT-ANDERSON
Designated District Court of Guam

ORIGINAL
Case 1:05-mj-00045    Document 3    Filed 09/09/2005    Page 1 of 1