AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

U.S. MARSHALS-GUAM RECEIVED
-9 SEP 2005 14 00 01

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**JUSTIN KEITH GUERRERO**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    MJ-05-00045-001 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

**FILED**
DISTRICT COURT OF GUAM
SEP 1 2 2005
MARY L.M. MORAN
CLERK OF COURT

| Place | Room |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagatna, Guam 96910** | 413 |
| | **Date and Time** |
| Before:    **JOAQUIN V.E. MANIBUSAN, JR.** | **Monday, September 12, 2005 at 2:00 P.M.** |

To answer a(n)
☐ Indictment    **X** Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title    **21**    United States Code, Section(s)    **844(a) and 18 U.S.C. § 2**

Brief description of offense:

**POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE**    (Misdemeanor)

---

**VIRGINIA T. KILGORE, DEPUTY CLERK**
Name and Title of Issuing Officer

*/s/ Virginia T. Kilgore*
Signature of Issuing Officer

**SEPTEMBER 9, 2005**
Date

**ORIGINAL**

# RETURN OF SERVICE

Service was made by me on:[1]     Date   9/12/05

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:   U.S. District Court

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   9/12/05      J. Salas
          Date                  Name of United States Marshal

                                              (by) Deputy United States Marshal

Remarks: