

FILED
DISTRICT COURT OF GUAM
SEP 13 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>vs.<br><br>**JUSTIN KEITH GUERRERO,**<br><br>                Defendant. | **MAGISTRATE** CASE NO. 05-00045-001<br><br>O R D E R |

IT IS HEREBY ORDERED that **CURTIS VAN DE VELD** is appointed to represent the defendant *nunc pro tunc* to September 9, 2005.

Dated this 13th day of September, 2005.

JOAQUIN V. E. MANIBUSAN, JR. Magistrate Judge
U.S. DISTRICT COURT OF GUAM