VAN DE VELD SHIMIZU CANTO & FISHER
Suite 101, Dela Corte Bldg.
167 E. Marine Corps Drive
Hagåtña, Guam 96910
Telephone: (671) 472-1131
Facsimile: (671) 472-2886

Attorneys for Defendant: JUSTIN KEITH GUERRERO

**FILED**
DISTRICT COURT OF GUAM
OCT 18 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUSTIN KEITH GUERRERO, and <br> RENEA DORLEEN CRUZ-TAITANO, <br><br> Defendants. | Magistrate's Case No. MJ05-00045 <br><br> **NOTICE OF MOTION TO SUPPRESS EVIDENCE OBTAINED BY ILLEGAL SEIZURE OF DEFENDANT AND CUSTODIAL INTERROGATION WITHOUT MIRANDA WARNINGS** |

PLEASE TAKE NOTICE that on Monday, October 24, 2005, at the hour of 9:00 a.m., the *MOTION TO SUPPRESS EVIDENCE OBTAINED BY ILLEGAL SEIZURE OF DEFENDANT AND CUSTODIAL INTERROGATION WITHOUT MIRANDA WARNINGS* filed by Defendant JUSTIN KEITH GUERRERO by his court appointed counsel VAN DE VELD SHIMIZU CANTO & FISHER, by Curtis C. Van de veld, Esq., shall come before the court for hearing.

DATED: Friday, October 14, 2005

VAN DE VELD SHIMIZU CANTO & FISHER

For Curtis C. Van de veld, Esq.
Attorney for Defendant
JUSTIN KEITH GUERRERO

**RECEIVED**
OCT 14 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

CCV:ccv
VSCF/J.R. LUJAN/CR000584

UNITED STATES OF AMERICA vs. JUSTIN KEITH GUERRERO
NOTICE OF MOTION TO SUPPRESS EVIDENCE OBTAINED BY ILLEGAL SEIZURE OF DEFENDANT AND CUSTODIAL INTERROGATION WITHOUT MIRANDA WARNINGS
Case 1:05-mj-00045    Document 22    Filed 10/18/2005    Page 1 of 1    Page 1