AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

USA,

    Plaintiff,

**NOTICE**

V.

CASE NUMBER: 1:05-mj-00045

Justin Keith Guerrero, et al.,

    Defendant.

[ ] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE<br>U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910 | ROOM NO.<br><br>DATE AND TIME<br>at |
|---|---|

TYPE OF PROCEEDING

**Motion to Suppress Evidence Obtained by Illegal Seizure of Defendant and Custodial Interrogation Without Miranda Warnings**

[**X**] **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910 | DATE AND TIME PREVIOUSLY SCHEDULED<br>Monday, October 24, 2005 at 9:00 a.m. | CONTINUED TO DATE AND TIME<br>**Monday, October 31, 2005 at 9:00 a.m**. |
|---|---|---|

MARY L.M. MORAN, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| October 19, 2005 | Marilyn B. Alcon |
|---|---|
| DATE | /s/ (BY) DEPUTY CLERK |

TO:  U.S. Attorney's Office

    Curtis Van de Veld
    Cynthia V. Ecube