# United States District Court
### District of Guam

**FILED**
DISTRICT COURT OF GUAM

OCT 1 9 2005

MARY L.M. MORAN
CLERK OF COURT

United States of America )
)
vs. )
)
)
)

Case No: 05-00045-001

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Justin K. Guerrero, have discussed with Robert I. Carreon, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

The defendant shall submit to a substance abuse intake assessment and any recommended treatment. It is further recommended that the defendant make co-payment for treatment at a rate to be determined by the U.S. Probation Office; and

The defendant shall refrain from the use of alcohol.

I consent to this modification of my release conditions and agree to abide by this modification.

_Justin Guerrero_    9/23/05      _Robert I. Carreon_    9/23/05
Justin Keith Guerrero    Date           Robert I. Carreon          Date
Signature of Defendant                       Pretrial Services/Probation Officer

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Curtis Van de Veld_      11 Oct. 05
Curtis Van de Veld               Date
Signature of Defense Counsel

[✓] The above modification of conditions of release is orderd, to be effective on _immediately_

[ ] The above modification of conditions of release is *not* ordered.

_Joaquin V.E. Manibusan, Jr._      October 19, 2005
JOAQUIN V.E. MANIBUSAN, JR.     Date
Magistrate Judge
U.S. District Court of Guam

**RECEIVED**
OCT 1 9 2005
DISTRICT COURT OF GUAM
HAGATNA GUAM

**ORIGINAL** ✓