# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Justin Keith Guerrero, et al., <br><br> Defendant. | Case No. 1:05-mj-00045 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Setting Hearing filed October 24, 2005*, on the dates indicated below:

| | | |
|---|---|---|
| *U.S. Attorney's Office* | *Cynthia V. Ecube* | *Curtis Van de Veld* |
| *October 25, 2005* | *October 24, 2005* | *October 27, 2005* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Order Setting Hearing filed October 24, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 31, 2005               /s/ Marilyn B. Alcon
                                                         Deputy Clerk