Erratum.wpd

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
NOV -8 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN KEITH GUERRERO, and<br>RENEA DORLEEN CRUZ-TAITANO,<br><br>Defendants. | MAGISTRATE CASE NO. 05-00045<br><br>**ERRATUM**<br><br>GOVERNMENT'S OPPOSITION<br>TO DEFENDANTS GUERRERO'S<br>AND CRUZ-TAITANO'S<br>MOTIONS TO SUPPRESS |

COMES NOW the United States and hereby files with the Court an Erratum to correct the caption in the above styled matter, to reflect "MAGISTRATE CASE NO. 05-00045" versus "CRIMINAL CASE NO. 05-00045."

RESPECTFULLY submitted this  8th  day of November, 2005.

        LEONARDO M. RAPADAS
        United States Attorney
        Districts of Guam and NMI

By: _____
        MARIVIC P. DAVID
        Assistant U.S. Attorney