# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

USA,

　　　　　　Plaintiff,

　　　vs.

Justin Keith Guerrero, et al.,

　　　　　　Defendant.

Case No. 1:05-mj-00045

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***Order Regarding Notice Pursuant to 18 USC Section 3401(a),(b) and General Order 04-00016 filed November 16, 2005***, on the dates indicated below:

| | | |
|---|---|---|
| *U.S. Attorney's Office* | *Curtis Van de Veld* | Cynthia V. Ecube |
| *November 16, 2005* | *November 16, 2005* | *November 16, 2005* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order Regarding Notice Pursuant to 18 USC Section 3401(a),(b) and General Order 04-00016 filed November 16, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 17, 2005　　　　　　　　　　　/s/ Marilyn B. Alcon
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk