**FILED**
DISTRICT COURT OF GUAM
NOV 28 2005
**MARY L.M. MORAN**
**CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00045 |
| Plaintiff, | ) | |
| vs. | ) | |
| JUSTIN KEITH GUERRERO and RENEA DORLEEN CRUZ-TAITANO, | ) | **ORDER**<br>**Setting Hearing on Suppression Motions** |
| Defendants. | ) | |

Following the referral of the pending suppression motions in this action, the Court hereby schedules a hearing on the matter for Friday, December 2, 2005 at 9:30 a.m.

SO ORDERED this 28th day of November 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

**ORIGINAL**