VAN DE VELD SHIMIZU CANTO & FISHER
Suite 101, Dela Corte Bldg.
167 E. Marine Corps Drive
Hagåtña, Guam 96910
Telephone: (671) 472-1131
Facsimile: (671) 472-2886

Attorneys for Defendant: JUSTIN KEITH GUERRERO

**FILED**
DISTRICT COURT OF GUAM
NOV 28 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate's Case No. MJ05-00045 |
| Plaintiff, | |
| vs. | **DEFENDANT JUSTIN KEITH GUERRERO'S CONSENT TO A MAGISTRATE JUDGE FOR TRIAL** |
| JUSTIN KEITH GUERRERO, and RENEA DORLEEN CRUZ-TAITANO, | |
| Defendants. | |

The Defendant, JUSTIN KEITH GUERRERO, by through his court appointed counsel of record, Curtis C. Van de veld, Esq., hereby consents to proceed forward with the above-entitled criminal matter before a magistrate judge. Specifically, after being fully advised and informed of his rights to proceed to a trial by a jury before a district judge, Defendant, JUSTIN KEITH GUERRERO, has knowingly and voluntarily agreed to waive his rights to trial, an entry of judgment and imposition of a sentence by a district judge.

DATED: Monday, November 28, 2005

VAN DE VELD SHIMIZU CANTO & FISHER

_____            _____
CURTIS C. VAN DE VELD, ESQ.                JUSTIN KEITH GUERRERO
Attorney for Defendant                      Defendant
JUSTIN KEITH GUERRERO

VSCF/J.GUERRERO/CR000590

UNITED STATES OF AMERICA vs. JUSTIN KEITH GUERRERO
Magistrate Case No. 05-00045
DEFENDANT JUSTIN KEITH GUERRERO'S CONSENT TO A MAGISTRATE JUDGE FOR TRIAL    Page 1

Case 1:05-mj-00045   Document 37   Filed 11/28/2005   Page 1 of 1