# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Justin Keith Guerrero, et al., <br><br> Defendant. | Case No. 1:05-mj-00045 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Setting Hearing filed November 28, 2005*, on the dates indicated below:

| *U.S. Attorney's Office* | *Cynthia V. Ecube* | *Curtis Van de Veld* | *U.S. Probation Office* |
|---|---|---|---|
| *November 30, 2005* | *November 30, 2005* | *December 2, 2005* | *November 29, 2005* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Order Setting Hearing filed November 28, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 2, 2005 /s/ Leilani R. Toves Hernandez
Deputy Clerk