DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES - GENERAL



**FILED**
DISTRICT COURT OF GUAM
DEC - 2 2005
**MARY L.M. MORAN
CLERK OF COURT**

CASE NO. MJ-05-00045          DATE: December 2, 2005

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding          Law Clerk: JUDITH HATTORI
Court Reporter: Wanda M. Miles          Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 9:41:01 - 9:52:02          CSO: D. Quinata

*********************APPEARANCES*************************

**DEFT: JUSTIN KEITH GUERRERO - not present**          **ATTY : Tom Fisher for Curtis Van de Veld**
( ) PRESENT  ( ) CUSTODY  ( ) BOND  ( ) P.R.          ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**DEFT: RENEA DORLEEN CRUZ-TAITANO**          **ATTY : Cynthia V. Ecube**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.          ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID          AGENT: DANNY CHO, D.E.A.

U.S. PROBATION: R. VILLAGOMEZ-AGUON          U.S. MARSHAL: V. ROMAN

INTERPRETER: _____  ( ) SWORN     LANGUAGE: _____

PROCEEDINGS:
   MOTION TO SUPPRESS EVIDENCE OBTAINED BY ILLEGAL SEIZURE OF DEFENDANT AND CUSTODIAL INTERROGATION WITHOUT MIRANDA WARNINGS

( ) MOTION(s) ARGUED BY    ( ) GOVERNMENT    ( ) DEFENDANT(s)
( ) MOTION(s)  __Granted  ____Denied  ____Withdrawn  ____ Under Advisement
( ) ORDER SUBMITTED  ____Approved  ____Disapproved
( ) ORDER to prepared By:_____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES:

Both defense counsel moved for a continuance of the matter and stated their reasons. Government had no objections.

In light of counsel's representation, the Court continued the matter to January 5, 2006 at 1:30 p.m.

( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL
( ) DEFENDANT RELEASED ( ) as previously ordered ( ) see Release Conditions-
                              next page

Courtroom Deputy: ____