# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Justin Keith Guerrero, et al., <br><br> Defendant. | Case No. 1:05-mj-00045 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order re Motions to Suppress and Notice of Entry filed March 29, 2006*, on the dates indicated below:

| *U.S. Attorney's Office* | *Curtis Van de Veld* | *Cynthia Ecube* | *U.S. Probation Office* |
|---|---|---|---|
| *March 29, 2006* | *March 29, 2006* | *March 30, 2006* | *March 29, 2006* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order re Motions to Suppress and Notice of Entry filed March 29, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 30, 2006                                        /s/ Marilyn B. Alcon
                                                                                Deputy Clerk