LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
APR -5 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUSTIN KEITH GUERRERO, <br><br> Defendant. | MAGISTRATE CASE NO. 05-00045 <br><br> STIPULATION OF PARTIES TO CONTINUE HEARING RE ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED |

The parties in the above-entitled matter, the United States of America, and the defendant, JUSTIN KEITH GUERRERO, through his counsel Curtis Van de Veld, hereby stipulate to continue the Order to Show Cause Why Pretrial Release Conditions Should Not Be Revoked

//
//
//
//
//
//
//

hearing set April 7, 2006, for at least two (2) weeks thereafter, for reasons of judicial economy and the interest of justice.

SO STIPULATED.

DATE: 4/5/06

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: *(signed)*
MARIVIC P. DAVID
Assistant U.S. Attorney

DATE: 05 April 06

*(signed)* Curtis Van de Veld
CURTIS VAN DE VELD
Attorney for Defendant Guerrero