LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
APR - 6 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUSTIN KEITH GUERRERO, <br><br> Defendant. | MAGISTRATE CASE NO. 05-00045 <br><br> **ORDER** <br> **RE: STIPULATION OF PARTIES** <br> **TO CONTINUE HEARING RE** <br> **ORDER TO SHOW CAUSE** <br> **WHY PRETRIAL RELEASE** <br> **CONDITIONS SHOULD NOT** <br> **BE REVOKED** |

Based on the Stipulation of Parties filed April 6, 2006, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the Order to Show Cause hearing, presently set for April 7, 2006, is continued to April 25, 2006, at 10:00 a.m.

DATED this 6th day of April 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL