LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

APR - 6 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>JUSTIN KEITH GUERRERO and, )<br>RENEA DORLEEN CRUZ-TAITANO, )<br>)<br>Defendants. )<br>_____ ) | MAGISTRATE CASE NO. 05-00045<br><br>**ORDER**<br>**RE: STIPULATION OF PARTIES**<br>**FOR EXTENSION OF TIME**<br>**FOR GOVERNMENT TO FILE**<br>**RESPONSE CONCERNING**<br>**ORDER re MOTION TO SUPPRESS** |

Based on the Stipulation of Parties filed April 6, 2006, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the government shall file its response to the above-referenced Order by April 20, 2006.

DATED this 6th day of April 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL