DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES - GENERAL



FILED
DISTRICT COURT OF GUAM
APR 25 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. MJ-05-00045-001          DATE: 04/25/2006
****************************************************************************************

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding     Law Clerk: Judith Hattori
Court Reporter: Wanda Miles                                        Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:07:04 - 10:13:04               CSO: N. Edrosa

*********************APPEARANCES*****************************
DEFT: **JUSTIN KEITH GUERRERO**          ATTY: **CURTIS VAN DE VELD**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY:  MARIVIC DAVID            AGENT:

U.S. PROBATION: ROBERT CARREON           U.S. MARSHAL:

****************************************************************************************

PROCEEDINGS:   INITIAL APPEARANCE AND ORDER TO SHOW CAUSE WHY PRETRIAL
               RELEASE CONDITIONS SHOULD NOT BE REVOKED

( ) ALLEGATIONS STATED BY THE GOVERNMENT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE
    VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS: _____
    _____
    _____

( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF PRETRIAL
( ) REVOCATION OF PROBATION/SUPERVISED RELEASE ___ GRANTED ___ DENIED
( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED (see Revocation or Amended Judgment)
( ) CONDITIONS MODIFIED OR CONTINUED ( see reverse )
( X ) PROCEEDINGS CONTINUED TO:  MAY 25, 2006 at 10:00 A.M.
( ) DEFENDANT TO REMAIN AT LIBERTY
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

NOTES:

**The Court stated that before addressing the violation alleged in the petition it would give defense counsel an opportunity to respond to the government's motion for reconsideration. Accordingly, the Court informed counsel that the deadline for filing the opposition is May 1, 2006, and Government's reply is due by May 8, 2006.**