ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAY 25 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN KEITH GUERRERO,<br><br>Defendant. | MAGISTRATE CASE NO. 05-00045<br><br>MOTION TO VACATE ORDER TO SHOW CAUSE HEARING WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED |

The United States hereby moves this Honorable Court, in the interest of justice, for an order vacating the Show Cause Hearing Why Pretrial Release Conditions Should Not Be Revoked against JUSTIN KEITH GUERRERO. In light of the Order of May 24, 2006 denying the government's motion for reconsideration in the above-entitled action, the available evidence, witnesses, and investigative results will not be sufficient to proceed to trial against the defendant at this time, and the instant show cause hearing will be moot.

RESPECTFULLY submitted this 25th day of May 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney