LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00045 |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| ) | **Vacating May 25, 2006** |
| ) | **Order to Show Cause Hearing** |
| JUSTIN KEITH GUERRERO, ) | |
| Defendant. ) | |

Based on the Motion to Vacate Order to Show Cause Hearing Why Pretrial Release Conditions Should Not Be Revoked, filed May 25, 2006, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the May 25, 2006 Order to Show Cause hearing is vacated.

May 25, 2006
DATE

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL