# ORIGINAL

**FILED**

DISTRICT COURT OF GUAM

MAY 3 1 2006

**MARY L.M. MORAN
CLERK OF COURT**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br><br> Plaintiff, ) <br><br> vs. ) <br><br> JUSTIN KEITH GUERRERO and, ) <br> RENEA DORLEEN CRUZ-TAITANO, ) <br><br> Defendants. ) | MAGISTRATE CASE NO. 05-00045 <br><br> **UNITED STATE'S MOTION TO DISMISS INFORMATION** |

    The United States hereby moves this Honorable Court for an order dismissing the information against defendants JUSTIN KEITH GUERRERO and RENEA DORLEEN CRUZ-TAITANO, in the above-entitled action, for the reason that the available evidence, witnesses, and investigative results are no longer sufficient to proceed to trial against said defendants at this time.

    RESPECTFULLY submitted this 31st day of May 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney