LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334
Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUN - 1 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> JUSTIN KEITH GUERRERO and, ) <br> RENEA DORLEEN CRUZ-TAITANO, ) <br> ) <br> Defendants. ) <br> _____ ) | MAGISTRATE CASE NO. 05-00045 <br><br> **ORDER** <br> **Granting Government** <br> **Motion to Dismiss** |

Based on the United States' motion filed May 31, 2006, in the above-captioned matter, and the Court finding good cause for the issuance of the Order;

**IT IS HEREBY ORDERED** that the United States' Motion to Dismiss Information is hereby granted.

DATE: June 1, 2006

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

**ORIGINAL**